UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| KEVIN CARROZZA, <br> Plaintiff | * <br> * <br> * |
| VS. | *    CIVIL ACTION <br> *    NO. 1:17-cv-12368-FDS <br> * |
| CVS PHARMACY, INC. <br> d/b/a CVS PHARMACY, <br> Defendant | * <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

In the matter of the motion of the defendant for a Court Order for the Release of Medical Records from Steward Medical Group, it is hereby ORDERED, ADJUDGED AND DECREED that the Keeper of Records for Steward Medical Group, 312 Bedford Street, Whitman, MA shall produce a copy of the entire record of the plaintiff, Kevin Carrozza (DOB: 1/16/57) from 1/1/10 to the present to counsel for the defendant WITHIN 10 BUSINESS DAYS OF RECEIPT OF THIS ORDER or present to this Court to show due cause for failure to comply with this order. Said copy of the record shall contain all medical records, office notes, operative reports, consultation reports, phone records, appointment lists/records, problem lists, allergy lists, prescription records, orders, progress notes, nursing notes, diagnostic test reports, imaging reports, lab tests, diagrams, charts, photographs, x-rays, correspondence, and billing records. The records shall not contain any records relating to drug and alcohol abuse testing, evaluation and treatment, Mental Health information consisting of, but not limited to, any and all notes, records, and reports of psychotherapy, diagnosis, evaluation and treatment, and any information regarding Human Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), or any sexually transmitted disease, kept by the Keeper of Records, such records being kept subject to the provisions of General Laws, Chapter 111, and being admissible under the provisions of General Laws, Chapter 233, Section 79.

By the Court,

*[signature]*

Entered: 7-10-18