**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Kevin Carrozza
               Plaintiff(s)

       v.                            CIVIL ACTION NO. 1:17-cv-12368-FDS

CVS Pharmacy, Inc.
               Defendant(s)

## JUDGMENT IN A CIVIL CASE

**SAYLOR U.S.D.J**

**IT IS ORDERED AND ADJUDGED:** Pursuant to the Memorandum and Order of this court on 07/8/2019, Summary Judgment is GRANTED for the Defendant. This action is hereby dismissed

ROBERT M. FARRELL
CLERK OF COURT

Dated:  07/09/2019

By  /s/ Taylor Halley
       Deputy Clerk